# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NIGIER FOWLER

VERSUS

DEQUINCY RESHOWN WILLIAMS

NO. 2022 CW 0384

**JUNE 24, 2022**

---

In Re:     Nigier Fowler, applying for supervisory writs, Family Court Judicial District Court, Parish of East Baton Rouge, No. 228291.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND WOLFE, JJ.**

**WRIT GRANTED WITH ORDER.** The family court's March 8, 2022 order denying the motion to proceed in forma pauperis filed by Nigier Fowler is vacated. It does not appear that mover, Nigier Fowler, or her counsel were properly served with notice of the hearing on the motion held on March 8, 2022. This matter is remanded to the family court for further proceedings.

**VGW**
**AHP**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT